

**IN THE
TENTH COURT OF APPEALS**

**No. 10-20-00035-CV**

**IN RE JENNIFER STEELY**

**Original Proceeding**

**ABATEMENT ORDER**

On January 28, 2020, relator, Jennifer Steely, filed a petition for writ of habeas corpus in this Court. On January 29, 2020, we granted relator temporary relief in the form of immediate release from confinement in the county jail pending resolution of this proceeding. Additionally, we requested a response to relator's petition for writ of habeas corpus to be filed within fourteen days.

On February 5, 2020, real party in interest, Joshua Aaron Rasco, provided this Court with a copy of a settlement agreement purportedly agreed to by relator and real party in interest. The terms of this agreement appear to involve the merits of this proceeding.

Subsequently, on February 12, 2020, relator filed an unopposed motion to abate this proceeding for thirty days to allow the parties to prepare and obtain entry of an order in the trial court that reflects the parties' agreement. After review, we grant relator's motion to abate this matter. Accordingly, this proceeding is abated for thirty days.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion granted; proceeding abated
Opinion delivered and filed February 19, 2020
[CV06]
[RWR]

